ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Network Documentation & Implementation, Inc. | ) ASBCA No. 61804 |
| | ) |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:      Andrew Gillman, Esq.
      Whitcomb, Selinksy, PC
      Denver, Colorado

APPEARANCES FOR THE GOVERNMENT:      William E. Brazis, Jr., Esq.
      DISA General Counsel
      Maj Ryan P. Payne, USAF
      Andriani Buck, Esq.
      Trial Attorneys
      Defense Information Systems Agency
      Ft. Meade, MD

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 20, 2022

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61804, Appeal of Network Documentation & Implementation, Inc., rendered in conformance with the Board's Charter.

Dated:  April 20, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals